990 A.2d 639

DAVANNE REALTY, PLAINTIFF–APPELLANT, v. EDISON TOWNSHIP, DEFENDANT–RESPONDENT.

Argued February 1, 2010—Decided March 17, 2010.

*Steven R. Irwin,* argued the cause for appellants (*The Irwin Law Firm,* attorneys).

*Martin Allen,* argued the cause for respondent (*DiFrancesco, Bateman, Coley, Yospin, Kunzman, Davis & Lehrer,* attorneys).

*Julian F. Gorelli,* Senior Deputy Attorney General, argued the cause for Attorney General of New Jersey (*Paula T. Dow,* Attorney General, attorney; *Melissa H. Raksa,* Assistant Attorney General, of counsel).

PER CURIAM.

The judgment of the Appellate Division is affirmed substantially for the reasons set forth in Judge Grall's thorough and thoughtful opinion. *Davanne Realty v. Edison Twp.,* 408 *N.J.Super.* 16, 972 *A.*2d 1164 (2009).

*For affirmance*—Chief Justice RABNER and Justices LONG, LaVECCHIA, ALBIN, WALLACE, RIVERA–SOTO and HOENS—7.

*Opposed*—None.